# IN THE SUPREME COURT OF THE STATE OF DELAWARE

EDUARDO ALVARADO
CHAVERRI, et al.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 642, 2013

Court Below: Superior Court
of the State of Delaware in and
for New Castle County

C.A. No. N12C-06-017 ALR

Plaintiffs-Below,
Appellants,

v.

DOLE FOOD COMPANY,
INC., et. al.

Defendants-Below,
Appellees.

Submitted: October 15, 2014
Decided:  October 20, 2014

Before **STRINE**, Chief Justice; **HOLLAND**, **RIDGELY**, and **VALIHURA**, Justices; and **RYAN**, Judge,[*] constituting the Court *en Banc*.

## **O R D E R**

This 20th day of October 2014, the Court, after hearing oral argument and upon consideration of the record in this case, has concluded that this appeal should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Opinion and Order of November 8, 2013;

---

[*] Sitting by designation under Del. Const. art. IV, § 12.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice